IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONERHEAD, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| v. | ) |
| | ) |
| INKTEC ZONE AMERICA | ) |
| CORPORATION, RETAIL | ) |
| INKJET SOLUTIONS, INC., | ) |
| PHOENIX INK CORPORATION, | ) |
| COSTCO WHOLESALE | ) |
| CORPORATION and | ) |
| JEWEL-OSCO, INC., | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff, Tonerhead, Inc., for its complaint against defendants, InkTec Zone America Corporation, Retail Inkjet Solutions, Inc., Phoenix Ink Corporation, Costco Wholesale Corporation and Jewel-Osco, Inc., alleges as follows:

1. This is an action for infringement of United States Letters Patent No. 7,089,973 ("the '973 patent") and United States Letters Patent No. 7,628,181 ("the '181 patent"). Jurisdiction is vested in this Court pursuant to 28 U.S.C. § 1338(a) and venue lies in this District by virtue of 28 U.S.C. §§ 1391 and 1400(b).

2. Plaintiff, Tonerhead, Inc., ("Tonerhead") is a corporation organized and existing under the laws of the State of Illinois and has its principal place of business at 1809 South Route 31, McHenry, Illinois 60050.

3. Defendant, InkTec Zone America Corporation ("InkTec"), is, on information and belief, a corporation organized and existing under the laws of the State of Delaware and has a place of business at 22 McGrath Hwy., Suite 210, Sommerville, Massachusetts 02143. On information and belief, InkTec is doing business in this District.

4. Defendant, Retail Inkjet Solutions, Inc. ("RIS"), is, on information and belief, a corporation organized and existing under the laws of the State of Delaware, and has a place of business at 15890 Bernardo Center Drive, San Diego, California 92127. On information and belief, RIS is doing business in this District.

5. Defendant, Phoenix Ink Corporation ("Phoenix Ink"), is, on information and belief, a corporation organized and existing under the laws of the State of Texas, and has a place of business at 5284 Paylor Lane, Sarasota, Florida 34240. On information and belief, Phoenix Ink is doing business in this District.

6. Defendant, Costco Wholesale Corporation ("Costco"), is, on information and belief, a company organized and existing under the laws of the State of Washington, and has a place of business at 999 Lake Drive, Issaquah, Washington 98027. On information and belief, Costco is doing business in this District.

7. Defendant, Jewel-Osco, Inc. ("Jewel-Osco"), is, on information and belief, a company organized and existing under the laws of the State of Delaware, and has a place of business at 150 Pierce Road, Itasca, Illinois 60143. On information and belief, Jewel-Osco is doing business in this District.

8. On August 15, 2006, United States Letters Patent No. 7,089,973 was duly and legally issued by the United States Patent and Trademark Office for an invention entitled "Apparatus for Refilling Inkjet Cartridges and Methods Thereof". A true and correct copy of the '973 patent is attached as Exhibit A hereto. Tonerhead is the owner of the entire, right, title and interest in the '973 patent and has the right to bring suit thereon.

9. On December 8, 2009, United States Letters Patent No. 7,628,181 was duly and legally issued by the United States Patent and Trademark Office for an invention entitled "Apparatus for Refilling Inkjet Cartridges and Methods Thereof". A true and correct copy of the '181 patent is attached as

Exhibit B hereto. Tonerhead is the owner of the entire, right, title and interest in the '181 patent and has the right to bring suit thereon.

10. InkTec, RIS, Phoenix Ink, Costco and Jewel-Osco, on information and belief, have infringed, either directly and/or through acts of contributory infringement and/or acts of inducement of infringement, the '973 patent in this District and elsewhere by making, using, offering for sale and/or selling the invention of the '973 patent and/or by inducing others to use the invention of the '973 patent.

11. InkTec, RIS, Phoenix Ink, Costco and Jewel-Osco, on information and belief, have infringed, either directly and/or through acts of contributory infringement and/or acts of inducement of infringement, the '181 patent in this District and elsewhere by making, using, offering for sale and/or selling the invention of the '181 patent and/or by inducing others to use the invention of the '181 patent.

12. The wrongful acts of InkTec, RIS, Phoenix Ink, Costco and Jewel-Osco respecting the '973 patent were undertaken without authority and without license from Tonerhead. On information and belief, InkTec, RIS, Phoenix Ink, Costco and Jewel-Osco had actual knowledge of the '973 patent and their acts

of infringement have been willful and wanton in blatant disregard for the intellectual property rights of Tonerhead.

13. The wrongful acts of InkTec, RIS, Phoenix Ink, Costco and Jewel-Osco respecting the '181 patent were undertaken without authority and without license from Tonerhead. On information and belief, InkTec, RIS, Phoenix Ink, Costco and Jewel-Osco had actual knowledge of the '181 patent and their acts of infringement have been willful and wanton in blatant disregard for the intellectual property rights of Tonerhead.

14. The wrongful acts of InkTec, RIS, Phoenix Ink, Costco and Jewel-Osco as alleged herein have occurred, and will continue to occur, in this Judicial District and throughout the United States.

15. Tonerhead has suffered damage by reason of the acts of infringement by InkTec, RIS, Phoenix Ink, Costco and/or Jewel-Osco and will suffer additional and irreparable damage unless InkTec, RIS, Phoenix Ink, Costco and Jewel-Osco are enjoined by this Court from continuing their acts of infringement.

WHEREFORE, Tonerhead requests that this Court enter a judgment in favor of Tonerhead and against InkTec, RIS, Phoenix Ink, Costco and Jewel-

Osco and award to Tonerhead the following relief:

    A.    Ordering, adjudging and decreeing that InkTec, RIS, Phoenix Ink, Costco and Jewel-Osco have infringed the '973 patent in violation of 35 U.S.C. § 271;

    B.    Ordering, adjudging and decreeing that InkTec, RIS, Phoenix Ink, Costco and Jewel-Osco have infringed the '181 patent in violation of 35 U.S.C. § 271;

    C.    Ordering, adjudging and decreeing that the acts of infringement and inducement of infringement by InkTec, RIS, Phoenix Ink, Costco and Jewel-Osco '973 patent were committed willfully and knowingly;

    D.    Ordering, adjudging and decreeing that the acts of infringement and inducement of infringement by InkTec, RIS, Phoenix Ink, Costco and Jewel-Osco '181 patent were committed willfully and knowingly;

    E.    Enjoining, both preliminarily and permanently, InkTec, RIS, Phoenix Ink, Costco and Jewel-Osco and each of their parents, principals, officers, directors, agents, affiliates, servants,

        attorneys, employees and all others in privity with them from infringing the '973 patent;

F.    Enjoining, both preliminarily and permanently, InkTec, RIS, Phoenix Ink, Costco and Jewel-Osco and each of their parents, principals, officers, directors, agents, affiliates, servants, attorneys, employees and all others in privity with them from infringing the '181 patent;

G.    Awarding to Tonerhead damages for infringement of the '973 patent, together with prejudgment interest on the amount awarded;

H.    Awarding to Tonerhead damages for infringement of the '181 patent, together with prejudgment interest on the amount awarded;

I.    Awarding to Tonerhead three times its damages to compensate Tonerhead under 35 U.S.C. § 284;

J.    Ordering, adjudging and decreeing that the acts of infringement of InkTec, RIS, Phoenix Ink, Costco and Jewel-Osco as herein alleged warrant a finding that this is an exceptional case and

awarding to Tonerhead its reasonable attorneys' fees under 35 U.S.C. § 285;

K. Awarding to Tonerhead its costs incurred in the prosecution of this action; and

L. Awarding to Tonerhead such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Tonerhead demands trial by jury of all issues in this action so triable.

Respectfully submitted,

TONERHEAD

/s/ _____
KEITH V. ROCKEY
KATHLEEN A. LYONS
AVANI C. MACALUSO
MATTHEW L. De PRETER
  Rockey, Depke & Lyons, LLC
  Suite 5450
  233 South Wacker Drive
  Chicago, Illinois 60606
  Phone: (312) 277-2006
  Facsimile: (312) 441-0570

Attorneys for Plaintiff Tonerhead